NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THERESA H. HAYNES,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7027

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-3420, Judge William A. Moorman.

---

**ON MOTION**

---

**O R D E R**

The Secretary of Veterans Affairs moves for a 30-day extension of time, until February 11, 2013, to file his opening brief.

Upon consideration thereof,

THERESA HAYNES V. SHINSEKI                                                    2

IT IS ORDERED THAT:

The motion is granted.

                                        FOR THE COURT


                                         /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s27